Same case below, 420 Fed. Appx. 283.

**No. 11-5468. Araceli Almanzar, aka Araceli E. Almanzar, Petitioner v. United States.**

565 U.S. 909, 132 S. Ct. 316, 181 L. Ed. 2d 195, 2011 U.S. LEXIS 5783.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 634 F.3d 1214.

**No. 11-5469. Ahmed Aboutaleb, Petitioner v. Reham Yassin.**

565 U.S. 909, 132 S. Ct. 316, 181 L. Ed. 2d 195, 2011 U.S. LEXIS 5873.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 11-5470. Mohamed Aboutaleb, Petitioner v. Abla Elgammal.**

565 U.S. 909, 132 S. Ct. 316, 181 L. Ed. 2d 195, 2011 U.S. LEXIS 5811.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 11-5471. Malcome Aparicio, Petitioner v. United States.**

565 U.S. 909, 132 S. Ct. 316, 181 L. Ed. 2d 195, 2011 U.S. LEXIS 5829.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5473. Douglas E. Kampfer, Petitioner v. Wendy Reu, et al.**

565 U.S. 909, 132 S. Ct. 317, 181 L. Ed. 2d 195, 2011 U.S. LEXIS 5976,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-5475. Dennis Stephen Johnston, Petitioner v. United States.**

565 U.S. 909, 132 S. Ct. 317, 181 L. Ed. 2d 195, 2011 U.S. LEXIS 5771.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 424 Fed. Appx. 226.

**No. 11-5476. Jermaine Russell Johnson, Petitioner v. United States.**

565 U.S. 909, 132 S. Ct. 317, 181 L. Ed. 2d 195, 2011 U.S. LEXIS 6147.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 425 Fed. Appx. 195.

**No. 11-5477. Joseph Everett Johnson, Jr., Petitioner v. Robert L. Ayers, Jr., Warden.**

565 U.S. 909, 132 S. Ct. 317, 181 L. Ed. 2d 195, 2011 U.S. LEXIS 5964.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 434 Fed. Appx. 642.